**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1112**

_____

FELECIA MARCHMON,

                    Plaintiff - Appellant,

          v.

SECURITAS SECURITY SERVICES USA, INC.,

                    Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Graham C. Mullen, Senior District Judge.  (3:12-cv-00708-GCM)

_____

Submitted: April 24, 2014          Decided:  April 29, 2014

_____

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Felecia Marchmon, Appellant Pro Se.  Kimberly Joyce Lehman, Gregory Phillip McGuire, OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Felecia Marchmon appeals the district court's order granting summary judgment to Securitas Security Services in her civil action under Title VII of the Civil Rights Act of 1964, as amended. 42 U.S.C. §§ 2000e to 2000e-17 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Marchmon v. Securitas Sec. Servs., No. 3:12-cv-00708-GCM (W.D.N.C. Jan. 10, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED